FILED
2017 Aug-09  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 4:17-CV-516-VEH |
| | ) | |
| KIM THOMAS, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING SCHEDULING CONFERENCE

As the parties have requested a hearing, a scheduling conference in the above-styled cause is set for **Thursday, August 17, 2017 at 2:30 P. M., in the 6th floor JURY ROOM of the undersigned**.  One counsel of record for each party **MUST** appear in person.  No counsel shall be allowed to participate by telephone.

**DONE** and **ORDERED** this the **9th** day of **August, 2017.**

_____

**VIRGINIA EMERSON HOPKINS**
**United States District Judge**