FILED

2018 Apr-12  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

MICHAEL TOWNSEL       )
                       )
    **Plaintiff,**          )
                       )
**v.**                   )    **Case No.    4:17-cv-00516**
                     )    **Unopposed**
**KIM THOMAS, et al.,**   )
                     )
    **Defendants.**       )

## JOINT MOTION FOR LEAVE OF THE COURT TO TAKE THE DEPOSITION OF *INMATE MICHAEL TOWNSEL (AIS NO. 00243346B)* IN THE CUSTODY OF THE ALABAMA DEPARTMENT OF CORRECTIONS

COME NOW the Parties and jointly move this Honorable Court, pursuant to Rule 30(a)(2)(B) of the *Federal Rules of Civil Procedure*, for leave to take the deposition of *MICHAEL TOWNSEL (AIS NO. 00243346B)*, who is in the custody of the Alabama Department of Corrections, consistent with the principles stated in Rule 26(b)(2) and Rule 30(b)(2) of the *Federal Rules of Civil Procedure*. Leave to take this deposition is necessary in order to complete discovery in this matter.

Plaintiff Townsel is currently assigned to Bibb Correctional Facility in Brent, Alabama. The deposition will take place at this facility on Wednesday, May 2, 2018 beginning at 9:00 a.m. and continuing until completed. If the Court disagrees, the Parties alternatively request that permission to take this deposition be granted for a later date.

Respectfully submitted this 12th day of April, 2018.

/s/ Robert F. Northcutt
**ROBERT F. NORTHCUTT (ASB-9358-T79R)**
**C. RICHARD HILL, JR. (ASB-0773-L72C)**
**W. ALLEN SHEEHAN (ASB-7274-L69S)**
*Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049
Facsimile: (334) 323-8888
Email: Bob.Northcutt@chlaw.com
        Rick.Hill@chlaw.com
        Allen.Sheehan@chlaw.com

/s/ Bart G. Harmon
**Bart G. Harmon (ASB-4157-R61B)**
*Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone:  (334) 353-3881
Bart.Harmon@doc.alabama.gov

/s/ Henry F. (Hank) Sherrod III
**Henry F. (Hank) Sherrod III**
**(ASB-1200-D63H)**
*One of Plaintiff's Attorneys*

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL  35631-0606
hank@alcivilrights.com

*/s/ Ruth Z. Brown* _____

**Ruth Z. Brown**
*One of Plaintiff's Attorneys*

Russell Rourke Ainsworth
Ruth Zemel Brown
Sarah Grady
Theresa Kleinhaus
**LOEVY & LEOVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607
ruth@loevy.com

*/s/ Philip G. Piggott* _____

**Philip G. Piggott**
**(ASB-4379-P67P)**
*Counsel for Defendant, Dr. Walter Wilson*

Philip G. Piggot
**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
pgp@starneslaw.com