# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MICHAEL STANLEY TOWNSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:17-0516-VEH-JEO |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have filed a joint motion to take the deposition of Plaintiff Michael Townsel, an inmate in the custody of the Alabama Department of Corrections ("ADOC") at the Bibb Correctional Facility in Brent, Alabama, AIS No. 00243346B. (Doc. 58). The parties have scheduled the deposition to take place at that facility on Wednesday May 2, 2018, from 9:00 a.m. and continuing until completed. The motion is hereby **GRANTED**.

The ADOC is directed to work with the parties and counsel to facilitate the taking of said deposition. The Clerk is **DIRECTED** to serve a copy of this Order on counsel for the parties and counsel for the ADOC.

**DONE**, this 26th day of April, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge