# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN MILLER | ) | Case Nos. 4:17-cv-00180 |
| MICHAEL MCGREGOR | ) | 4:17-cv-00593 |
| MICHAEL TOWNSEL | ) | 4:17-cv-00516 |
| WILLIAM CASEY | ) | 4:17-cv-00563 |
| ANTHONY ZELLER | ) | 4:17-cv-00564 |
| Plaintiffs, | ) | |
| | ) | Consolidated for Discovery |
| v. | ) | Before Magistrate Judge |
| | ) | John E. Ott |
| KIM THOMAS, et al., | ) | |
| Defendants. | ) | |

## PARTIES' JOINT DISCOVERY PLAN REGARDING REQUESTS TO ADMIT

Plaintiffs and Defendants, by their undersigned attorneys, hereby respectfully submit the following discovery plan regarding their use of Requests to Admit in this litigation.

1. Litigation has been on-going in this case for several months. The parties have completed several depositions and served written discovery in the form of interrogatories and production requests.

2. As contemplated in the Consolidated Report of the Parties' Planning Meeting, the parties have also been conferring about how best to utilize Requests to Admit ("RTAs") in this litigation, particularly toward the end of fact discovery. Specifically, the parties have conferred about proposed stipulations and RTAs regarding factual and evidentiary matters. All of the parties in this litigation believe that appropriately crafted stipulations and RTAs will eliminate the need for proof on likely undisputed facts and streamline the issues to be tried. In addition, Requests to Admit would likely reduce the number of contested facts to be determined at summary judgment.

3. Accordingly, the parties propose serving RTAs regarding (i) authenticity and other foundational requirements for documents and tangible items; and (ii) specific facts relevant to summary judgment and/or trial that Plaintiffs reasonably believe are not in dispute and which may be established as undisputed. The parties have agreed that each side collectively should be allowed 75 RTAs. For instance, all five Plaintiffs collectively should be permitted to serve 75 RTAs, which would cover issues spanning all five of the consolidated cases. Likewise, all of the Defendants should collectively be allowed 75 RTAs spanning across the five cases.

4. In addition, the parties intend to confer further once these RTAs are prepared, to the extent any of the factual matters can be addressed as stipulations instead of through RTAs.

5. The parties further propose that these RTAs must be answered within 60 days of service, provided that no party objects on timeliness grounds to discovery motions regarding the sufficiency of the RTA responses filed after the discovery close.

Dated: August 23, 2018

RESPECTFULLY SUBMITTED,

/s/ Roshna Bala Keen
One of the Attorneys for Plaintiffs
John Miller, Michael McGregor,
Michael Townsel, William Casey and
Anthony Zeller

Russell Rourke Ainsworth
Roshna Bala Keen
Ruth Zemel Brown
Theresa Kleinhaus
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen Third Floor
Chicago, IL 60607
roshna@loevy.com

|  |  |
|---|---|
| Henry F. Sherrod, III<br>HENRY F. SHERROD, III, P.C.<br>P.O. Box 606<br>Florence, AL  35631-0606<br>hank@alcivilrights.com | /s/ Hank Sherrod<br>One of the Attorneys for William Casey and Anthony Zeller |
| Alan B. Lasseter<br>LASSETER LAW FIRM, P.C.<br>19 Richard Arrington Jr. Blvd. North<br>Birmingham, AL 35203<br>alan@lasseterlaw.com | /s/ Alan B. Lasseter<br>One of the Attorneys for William Casey and Anthony Zeller |
| Robert F. Northcutt<br>C. Richard Hill<br>W. Allen Sheehan<br>CAPELL & HOWARD, P.C.<br>Post Office Box 2069<br>Montgomery, AL 36102-2069<br>bob.northcutt@chlaw.com<br>rick.hill@chlaw.com<br>allen.sheehan@chlaw.com | /s/ Robert F. Northcutt<br>One of the Attorneys for Defendants |
| Alabama Department of Corrections<br>Legal Division<br>Post Office Box 301501<br>Montgomery, AL 36130-1501<br>bart.harmon@doc.alabama.gov | /s/ Bart G. Harmon |

# CERTIFICATE OF SERVICE

      I, Roshna Bala Keen, an attorney, certify that on August 23, 2018, I caused the foregoing **Parties' Joint Discovery Plan Regarding Requests to Admit** to be filed via the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

                                                        /s/ Roshna Bala Keen