# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00180-VEH-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| MICHAEL STANLEY TOWNSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00516-VEH-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| WILLIAM CASEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00563-JEO |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| ANTHONY ZELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00564-KOB |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

| | | |
|---|---|---|
| MICHAEL MCGREGOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00593-VEH-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the Joint Motion of the parties to extend the discovery deadlines in the above-captioned cases. (Doc. 71 in 4:17-cv-180-VEH-JEO). Good cause having been shown, the motion is **GRANTED**. All deadlines are extended as follows:

| | |
|---|---|
| Requests for Admissions | March 15, 2019 |
| Plaintiffs' Deadline to Amend Pleadings | October 29, 2019 |
| Plaintiffs' Expert Disclosures Due | December 12, 2018 |
| Defendants' Deadline to Amend Pleadings | November 18, 2018 |
| Deadline for Supplemental Disclosures | November 29, 2018 |
| Defendants' Expert Disclosures Due | February 13, 2019 |
| Plaintiffs' Expert Rebuttal Reports Due | March 1, 2019 |
| Discovery Deadline | March 15, 2019 |
| Joint Status Report Due | April 1, 2019 |
| Dispositive Motions Deadline | April 30, 2019 |
| Trial Ready Date | August 15, 2019 |

**DONE** and **ORDERED**, this the 18th day of September, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge