**UNITED STATES DISTRICT COURT**

Northern District of Alabama

Office of the Clerk

Room 140, 1729 5th Avenue North

Birmingham, Alabama 35203

(205) 278-1700

| | |
|---|---|
| Sharon N. Harris | Joe Musso |
| Clerk | Chief Deputy |

## NOTICE OF REASSIGNMENT

This case is being reassigned from Judge Virginia Emerson Hopkins to Judge Liles C. Burke. Please use case number **4:17-CV-516-LCB-JEO** on all subsequent pleadings.

DATED: October 23, 2018

SHARON N. HARRIS, CLERK

By:_*Kimberly Clark*_____
Deputy Clerk

SNH: kwc

xc: Judges
Counsel