IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL STANLEY TOWNSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-516 |
| v. ) | |
| ) | |
| KIM THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR**
**LEAVE TO APPEAR *PRO HAC VICE***

Now comes Megan Pierce, of the law firm Loevy & Loevy, and hereby respectfully moves the Court for leave to file an appearance *pro hac vice* in the above-captioned case on behalf of Plaintiff Michael McGregor. In support of this motion, Ms. Pierce states as follows:

1. Ms. Pierce works at Loevy & Loevy, the firm that Plaintiff Michael McGregor retained to represent him in this matter. Ms. Pierce is an attorney in good standing in the State of California. She has also been admitted to and is a member in good standing of multiple federal courts, including the United States District Court for the Central District of Illinois.

2. Ms. Pierce was admitted to practice in the State of California on January 18, 2017. She was admitted to the Central District of Illinois on October 10, 2018. She was admitted to the Central District of California on October 30, 2018. She was admitted to practice in the Northern District of Indiana on November 1, 2018. She was admitted to practice in the Southern District of Indiana on November 15, 2018.

3. Ms. Pierce has never been suspended, disbarred, or subjected to disciplinary measures of any kind by any state bar, federal bar, or any other licensing body.

4. As noted above, Ms. Pierce is employed as an attorney at Loevy & Loevy in Chicago, Illinois. Her mailing address is 311 North Aberdeen, 3rd Floor, Chicago, IL 60607. Her telephone number is (312) 243-5902. Her email address is megan@loevy.com. She resides in Chicago, Illinois.

5. A Letter of Good Standing from the State Bar of California is attached to this motion as Exhibit A.

6. Immediately following the filing of this motion, Ms. Pierce will be making the required payment for admission *pro hac vice* of $50 via the Court's CM/ECF system.

7. The undersigned local counsel, Henry F. Sherrod, has reviewed this Motion and does not oppose it.

Wherefore, Megan Pierce respectfully requests that the Court grant her leave to appear *pro hac vice* on behalf of Michael McGregor in this matter.

                                                                            Respectfully Submitted,
                                                                            /s/ Megan Pierce
                                                                            Megan Pierce

                                                                            /s/ Henry Sherrod
                                                                            Henry F. Sherrod, III

Russel Ainsworth
Ruth Brown
Teresa Kleinhaus
Sarah Grady
Roshna Bala Keen
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900

Henry F. Sherrod III
HENRY F SHERROD III PC
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606
(256) 764-4141
hank@alcivilrights.com

## **CERTIFICATE OF SERVICE**

      I, Megan Pierce, an attorney, hereby certify that on December 20, 2018, I filed the foregoing motion via the Court's CM/ECF system and thereby served a copy on all counsel of record.

                                            Respectfully submitted,
                                            /s/ Megan Pierce
                                            Megan Pierce