# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos.  4:17-cv-00180 |
| **MICHAEL MCGREGOR** | ) | 4:17-cv-00593 |
| **MICHAEL TOWNSEL** | ) | 4:17-cv-00516 |
| **WILLIAM CASEY** | ) | 4:17-cv-00563 |
| **ANTHONY ZELLER** | ) | 4:17-cv-00564 |
| Plaintiffs, | ) | Consolidated for Discovery Before |
| | ) | Judge Liles C. Burke and |
| v. | ) | Magistrate Judge John E. Ott |
| | ) | |
| **KIM THOMAS, et al.,** | ) | |
| Defendants. | | |

## **ORDER**

The matter is before the Court on the Joint Motion to Extend Deadlines submitted on behalf of counsel for all of the parties. Good cause having been shown, the Motion is granted. The prior Orders of this Court are amended as necessary to provide for the revised scheduling deadlines set forth below.

### Scheduling Order – St. Clair Cases

| **Proposed New Deadlines** | |
|---|---|
| PL's expert witness disclosures due | 1/31/19 |
| DFs' expert witness disclosures due | 3/15/19 |
| PL's deadline for expert rebuttal reports, if any | 3/29/19 |
| Deadline for all discovery | 4/12/19 |
| Joint Status Report Due | 4/30/19 |
| Dispositive Motions Due | 4/30/19 (no change) |
| Trial Readiness Date | 8/15/19 (no change) |

**ORDERED**, this the \_\_\_\_ day of January, 2019.

_____
Hon. John E. Ott