# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos.  **4:17-cv-00180** |
| **MICHAEL MCGREGOR** | ) | **4:17-cv-00593** |
| **MICHAEL TOWNSEL** | ) | **4:17-cv-00516** |
| **WILLIAM CASEY** | ) | **4:17-cv-00563** |
| **ANTHONY ZELLER** | ) | **4:17-cv-00564** |
| Plaintiffs, | ) | Consolidated for Discovery Before |
| | ) | Magistrate Judge John E. Ott |
| | ) | |
| **KIM THOMAS, et al.,** | ) | Hon. Judge Liles C. Burke |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by and through their counsel, stipulate that all of Plaintiff Michael Townsel's claims against Defendant Walter Wilson are hereby dismissed with prejudice, with the respective parties to bear their own costs.

Respectfully submitted,

*/s/ Theresa Kleinhaus*
Theresa Kleinhaus
One of Plaintiffs' Attorneys

Ruth Zemel Brown
Roshna Bala Keen
Theresa Kleinhaus
Rachel Brady
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen Third Floor
Chicago, IL 60607

Email: Tess@loevy.com

                                            */s/Philip G. Piggott*
                                            Philip G. Piggott (ASB-4379-P67P)
                                            Counsel for Defendant, Dr. Walter Wilson

Philip G. Piggott
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
pgp@starneslaw.com

                                            */s/ Robert F. Northcutt*
                                            Robert F. Northcutt (ASB-9358-T79R)
                                            W. Allen Sheehan (ASB-7274-L69S)
                                            C. Richard Hill, Jr. (ASB-0773-L72C)
                                            *Counsel for Defendants*

CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069
Bob.Northcutt@chlaw.com
Rick.Hill@chlaw.com

                                            */s/ Bart G. Harmon*
                                            Bart G. Harmon (ASB-4157-R61B)
                                            Counsel for Defendants