
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL STANLEY TOWNSEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KIM THOMAS, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 4:17-cv-00516-LCB-JEO |

## **MOTION FOR ORDER OF DISMISSAL**

COMES NOW the Defendant, Walter Wilson, M.D., in the above-styled case, by and through undersigned counsel, and moves this Court for an Order dismissing, with prejudice, any and all claims against Walter Wilson, M.D. A Stipulation of Dismissal was filed dismissing all claims against Walter Wilson, M.D. on January 3, 2019 [Doc.#67].

        Respectfully submitted,

        /s/ *Philip G. Piggott*
        PHILIP G. PIGGOTT
        ASB-4379-P67P
        E-mail: pgp@starneslaw.com
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, 7th Floor
        Birmingham, AL 35209
        Telephone: (205) 868-6000
        Fax: (205) 868-6099
        Attorney for Defendant Walter Wilson, M.D.

# **CERTIFICATE OF SERVICE**

I hereby certify that on **January 14, 2019,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

Henry F. Sherrod, III
P. O. Box 606
Florence, AL 35631

Russell R. Ainsworth
Ruth Z. Brown
Sarah Grady
Theresa Kleinhaus
Loevy & Loevy
311 N. Aberdeen
Third Floor
Chicago, IL 60607

William A. Sheehan
C. Richard Hill
Robert Northcutt
Capell & Howard
150 South Perry Street
Montgomery, AL 36104

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None

*s/Philip G. Piggott*
PHILIP G. PIGGOTT