FILED
2019 Jan-22 AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN MILLER<br>MICHAEL MCGREGOR<br>MICHAEL TOWNSEL<br>    Plaintiffs,<br><br>v.<br><br>KIM THOMAS, et al.,<br>    Defendants. | ) Case Nos.  4:17-cv-00180-LCB-JEO<br>)               4:17-cv-00593-LCB-JEO<br>)               4:17-cv-00516-LCB-JEO<br>)<br>)<br>)    Consolidated for Discovery<br>)    Before Magistrate Judge Ott<br>)<br>)<br>)<br>) |

## PLAINTIFFS' JOINT MOTION TO SEAL
## THEIR JOINT MOTION TO COMPEL DOCUMENTS AND TESTIMONY
## RELATING TO DEFENDANT GRANTT CULLIVER, AND
## FOR LEAVE TO REOPEN DEPOSITION OF DEFENDANT JEFFERSON DUNN

Plaintiffs John Miller, Michael McGregor, and Michael Townsel, through their attorneys Loevy & Loevy, respectfully move this Court to seal their Joint Motion to Compel Documents and Testimony Relating to Defendant Grantt Culliver, and for Leave to Reopen Deposition of Defendant Jefferson Dunn, stating:

1. On Friday, January 18, 2019, Plaintiffs filed a Joint Motion to Compel Documents and Testimony Relating to Defendant Grantt Culliver, and for Leave to Reopen Deposition of Defendant Jefferson Dunn. *Miller v. Thomas, et al.,* Case No. 17-cv-00180, Dkt. 88; *McGregor v. Thomas, et al.*, No. 17-cv-00593, Dkt. 73; *Townsel v. Thomas, et al.*, No. 17-cv-00516, Dkt. 70.

2. Plaintiffs filed their Joint Motion after the close of business on Friday, January 18, 2019.

3.     Plaintiffs inadvertently filed a nonredacted version of the motion, which contains protected information.

4.     Wherefore, Plaintiffs respectfully move this court to seal their Joint Motion to Compel Documents and Testimony Relating to Defendant Grantt Culliver, and for Leave to Reopen Deposition of Defendant Jefferson Dunn:

   a. *Miller v. Thomas, et al.,* Case No. 17-cv-00180, Dkt. 88
   b. *McGregor v. Thomas, et al.*, No. 17-cv-00593, Dkt. 73
   c. *Townsel v. Thomas, et al.*, No. 17-cv-00516, Dkt. 70

RESPECTFULLY SUBMITTED,

**JOHN MILLER**
**MICHAEL MCGREGOR**
**MICHAEL TOWNSEL**

BY:   /s/ Rachel Brady
         One of Plaintiffs' Attorneys

Russell Rourke Ainsworth
Roshna Bala Keen
Ruth Zemel Brown
Theresa Kleinhaus
Rachel Brady
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607
brady@loevy.com

## **CERTIFICATE OF SERVICE**

    I, Rachel Brady, an attorney, certify that on January 22, 2019, I served the foregoing Motion to Seal upon on all counsel of record via electronic mail.


                                              /s/ Rachel Brady_____