**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | **Case Nos.  4:17-cv-00180** |
| **MICHAEL MCGREGOR** | ) | **4:17-cv-00593** |
| **MICHAEL TOWNSEL** | ) | **4:17-cv-00516** |
| **WILLIAM CASEY** | ) | **4:17-cv-00563** |
| **ANTHONY ZELLER** | ) | **4:17-cv-00564** |
| **Plaintiffs,** | ) | **Consolidated for Discovery Before** |
| | ) | **Magistrate Judge John E. Ott** |
| | ) | |
| **KIM THOMAS, et al.,** | ) | **Hon. Judge Liles C. Burke** |
| **Defendants.** | ) | |

<u>**JOINT MOTION TO EXTEND DEADLINES**</u>

Counsel for each of the Plaintiffs and Defendants in these actions file this Joint

Motion to Extend Deadlines for discovery in these cases and state as follows:

1.     These cases have been consolidated solely for the purpose of discovery.

Scheduling Orders were entered in each of the cases on or about November 30, 2017

(Dkt. 61). The deadlines in those Scheduling Orders were extended three times by

Order of the Court, first on March 8, 2018, and again on September 18, 2018, and

most recently on January 7, 2019. (Dkt. 66, 72,  83).[1]

2.     Since the parties last requested an extension on January 3, five

depositions have taken place. However, Plaintiffs have not yet deposed Defendant

Culliver because Plaintiffs discovered information about Defendant Culliver which

was not disclosed in discovery and which is now the subject of a recently filed

---

[1] For ease of reading, citations are made only to the docket corresponding to Mr.
Miller's case, 4:17-cv-00180.

motion to compel.  Dkt. 88. A dispute also exists between the parties regarding the scope of Defendant Culliver's deposition. *Id*.  Relatedly, Plaintiffs believe an additional short re-deposition of Defendant Dunn regarding Defendant Culliver's misconduct is necessary, but Defendants disagree.

3.      In addition, Plaintiffs have requested certain electronically stored information which has not been tendered and require additional time to resolve that issue.

4.      Defendants wish to schedule several depositions and request additional time for that purpose.

5.      Set forth below are the current deadlines, as well as new proposed deadlines.

| Date | Event per Prior Extension Deadlines | Proposed New Deadlines |
|------|-------------------------------------|------------------------|
| 1/31/19 | PL's expert witness disclosures due | 3/29/19 |
| 3/15/19 | DFs' expert witness disclosures due | 5/13/19 |
| 3/29/19 | PL's deadline for expert rebuttal reports, if any | 05/31/19 |
| 4/12/19 | Deadline for all discovery | 6/21/19. |
| 4/30/19 | Joint Status Report Due | 06/24/19 |
| 4/30/19 | Dispositive Motions Due | 07/22/19 |
| 8/15/19 | Trial Readiness Date | 11/4/19 |

Respectfully submitted,

*/s/ Theresa Kleinhaus*
Theresa Kleinhaus
One of Plaintiffs' Attorneys

Roshna Bala Keen
Theresa Kleinhaus
Ruth Brown
Rachel Brady
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen Third Floor
Chicago, IL 60607
Email: Tess@loevy.com

/s/ Robert F. Northcutt
Robert F. Northcutt (ASB-9358-T79R)
W. Allen Sheehan (ASB-7274-L69S)
C. Richard Hill, Jr. (ASB-0773-L72C)
*Counsel for Defendants*

CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069
Bob.Northcutt@chlaw.com
 Rick.Hill@chlaw.com

/s/ Bart G. Harmon
Bart G. Harmon (ASB-4157-R61B)
Counsel for Defendants

ALABAMA DEPARTMENT OF CORRECTIONS
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Bart.Harmon@doc.alabama.gov

/s/ Philip G. Piggott
Philip G. Piggott (ASB-4379-P67P)
Counsel for Defendant, Dr. Walter Wilson

Philip G. Piggott
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512

pgp@starneslaw.com

/s/ Alan B. Lasseter
Alan B. Lasseter (ASB-0854-S82A)
Counsel for Plaintiff

Alan B. Lasseter
LASSETER LAW FIRM, P.C.
19 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
alan@lasseterlaw.com

/s/ Henry F. (Hank) Sherrod III
Henry F. (Hank) Sherrod III
(ASB-1200-D63H)
One of Plaintiff's Attorneys

Henry F. Sherrod, III
HENRY F. SHERROD, III, P.C.
PO Box 606
Florence, AL 35631-0606
hank@alcivilrights.com

## CERTIFICATE OF SERVICE

I, Theresa Kleinhaus, an attorney, certify that on January 30, 2019, I caused the foregoing Joint Motion to Extend Deadlines to be filed via the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

/s/ Theresa Kleinhaus