IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MICHAEL TOWNSEL, et al** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **4:17-CV-00516 - LCB-JEO** |
| ) | |
| **KIM THOMAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RESPONSE

In response to Plaintiff's Memorandum in Support of Plaintiff's Joint Motion to Compel Documents and Testimony Relating to Defendant Grant Culliver and for Leave to Reopen Deposition of Defendant Jefferson Dunn ("Plaintiff's Motion"), Defendants state as follows:

**REDACTED**

Respectfully submitted,

*/s/ Robert F. Northcutt*
**ROBERT F. NORTHCUTT (ASB-9358-T79R)**
**W. ALLEN SHEEHAN (ASB-7274-L69S)**
**C. RICHARD HILL (ASB-0773-L72C)**
*Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, AL 36102-2069

1

4831-3694-7590.v1

Email:  bob.northcutt@chlaw.com
       allen.sheehan@chlaw.com
       rick.hill@chlaw.com

          */s/ Bart G. Harmon*
          **Bart G. Harmon (ASB-4157-R61B)**
          *Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Bart.Harmon@doc.alabama.gov

# CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of January 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Russell Rourke Ainsworth
Ruth Zemel Brown
Theresa Kleinhaus
Sarah Grady
Roshan Bala Keen
Rachel Brady
Megan C. Pierce
**LOEVY & LOEVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606

*/s/ Robert F. Northcutt*
Of Counsel