# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MICHAEL STANLEY TOWNSEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON DUNN, et al., ) <br> ) <br> Defendants. ) | Case No. 4:17-cv-00516-LCB-JEO |

## ORDER

The court previously ordered Defendant Jacob Hamilton to participate in discovery. (*See* Doc. 83). Following a telephone call with counsel, the court finds that the motion is due to be and hereby is **MODIFIED** as follows:

Defendant Hamilton is to participate in a deposition on **Saturday, March 16, 2019, at an agreed upon location in Talladega County, Alabama**.[1] The deposition will commence at **10:30 a.m.** Hamilton is to meet with his counsel at that location at **9:00 a.m.** if his responses to interrogatories and requests for production are not completed and submitted to Plaintiff's counsel by that time.

If Hamilton does not appear at his deposition, costs of the same may be taxed against him by the court on motion of Plaintiff's counsel. If he does not appear for the deposition, an order for him to show cause why sanctions should not be imposed will be entered. *See* FED. R. CIV. P. 37.

Counsel for Hamilton are charged with the responsibility of notifying him of

---

1. Talladega County was selected because that is where Hamilton now lives.

the court's order concerning the deposition. If it becomes necessary for the United States Marshal to deliver any order to Plaintiff, he will be expected to pay the costs of any such delivery.

**DONE** and **ORDERED**, this the 8th day of March, 2019.

*John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge