FILED
2019 Apr-04 AM 08:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00563-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANTHONY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00564-KOB-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:17-cv-00593-LCB-JEO |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court are various motions to take the depositions of certain inmates concerning these matters. (Docs. 108-110 in 4:17-cv-180-LCB-JEO; Docs. 94-96 in 4:17-cv-516-LCB-JEO; Docs. 53-55 in 4:17-cv-563-JEO; Docs. 62-64 in 4:17-cv-564-KOB-JEO; and, Docs. 93-95 in 4:17-cv-593-LCB-JEO). Upon consideration, the motions are hereby **GRANTED**.

**DONE** and **ORDERED**, this the 3rd day of April, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge