FILED
2019 Nov-26  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | | |
|---|---|---|
| **MICHAEL STANLEY TOWNSEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:17-CV-516-VEH** |
| | ) | |
| **KIM THOMAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR COURT-ORDERED TRANSPORT

COME NOW Defendants and move for the Court to order the transport of the Plaintiff, Michael Stanley Townsel, Jr., AIS 00243346, to the Federal Courthouse for the Northern District of Alabama on Thursday, December 5, 2019 for participation in mediation.  Plaintiff Townsel is in the custody of the Alabama Department of Corrections and is currently housed at Hamilton A&I, Hamilton, Alabama.  The mediation is scheduled to begin at twelve o-clock noon on December 5, 2019 (although Plaintiff's counsel may very well want to meet with Townsel prior to the mediation) and Mr. Townsel's presence will be required until the mediation is completed which is anticipated to be later that evening.

Respectfully submitted this 26th day of November, 2019.

/s/ Robert F. Northcutt
**ROBERT F. NORTHCUTT (ASB-9358-T79R)**
**W. ALLEN SHEEHAN (ASB-7274-L69S)**
**C. RICHARD HILL (ASB-0773-L72C)**
*Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8049
Facsimile: (334) 323-8888
Email:  Bob.Northcutt@chlaw.com
        Allen.Sheehan@chlaw.com
        Rick.Hill@chlaw.com

/s/ Bart G. Harmon
**Bart G. Harmon (ASB-4157-R61B)**
*Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Telephone:  (334) 353-3881
Bart.Harmon@doc.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL  35631-0606


Russell Rourke Ainsworth
Ruth Zemel Brown
Sarah Grady
Theresa Kleinhaus
**LOEVY & LEOVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607


*/s/ Robert F. Northcutt*
OF COUNSEL